CHONG, NISHIMOTO, SIA, NAKAMURA
 & GOYA, A Limited Liability Law Partnership

JEFFREY H. K. SIA              3029-0
1003 Bishop Street, Suite 2500
Honolulu, Hawaii  96813
Telephone No.:  (808) 537-6119
Facsimile No.:   (808) 526-3491
E-Mail:  Jeffrey.sia@hawadvocate.com

Attorney for Defendant
TEMPTATION TOURS, INC. d/b/a
TEMPTATION TOURS.COM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CHARLES ADAM JONES, an individual, | ) ) ) | CIVIL NO. CV21-00412 KJM (Copyright Infringement) |
| Plaintiff, | ) ) ) | DEFENDANT TEMPTATION TOURS, INC. d/b/a TEMPTATION |
| vs. | ) ) ) | TOURS.COM'S ANSWER TO [#1] PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT |
| TEMPTATION TOURS, INC. d/b/a TEMPTATION TOURS.COM, a Hawaii Corporation; and DOES 1-10, inclusive, | ) ) ) ) | FILED ON 10/14/21; DEMAND FOR JURY TRIAL; CERTIFICATE OF SERVICE |
| Defendants. | ) ) ) ) | Trial date:  None set yet Trial Judge: TBD |
| _____ | ) | |

[2021548JHKS/#1153852]

DEFENDANT TEMPTATION TOURS, INC. d/b/a TEMPTATION
TOURS.COM'S ANSWER TO [#1] PLAINTIFF'S COMPLAINT FOR
COPYRIGHT INFRINGEMENT FILED ON 10/14/21

    Defendant   TEMPTATION   TOURS,   INC.   d/b/a   TEMPTATION

TOURS.COM (hereinafter referred to as "Defendant"), by and through its attorneys, Chong Nishimoto Sia Nakamura & Goya, LLLP, answers Plaintiff's Complaint For Copyright Infringement Filed on 10/14/21 ("Complaint"), and alleges and avers as follows:

FIRST DEFENSE:

      1.    The Complaint fails to state a claim against the Defendant upon which the relief sought can be granted.

SECOND DEFENSE:

      2.    The Defendant denies the allegations contained in paragraphs no. 8, 28, 29, 31, 32, and 33.

      3.    The Defendant is without sufficient knowledge and/or information to form a belief as to the truth of the allegations contained in paragraphs no. 1, 2, 5, 9, 10, 12, 13, 14, 15, 16, 17, 18, 20, 21, 23, 24, 26, and 30.

      4.    As to paragraph no. 3, the Defendant admits that it is a Hawaii corporation with its principal place of business in Kahului, Hawaii, but is without sufficient knowledge and/or information to form a belief as to the truth of the remaining allegations contained therein.

      5.    As to paragraph no. 4, the Defendant denies it conspired and has co-conspirators; admits that it has a Facebook page at https://www.facebook.com/TemptationtTours that has postings and photographs; and

2

is without sufficient knowledge and/or information to form a belief as to the truth of the remaining allegations contained therein.

6.     As to paragraph no. 6, the Defendant denies that it is a conspirator, conspired, and/or has co-conspirators who are the "other Defendants" and that it has been or is the principal, officer, director, agent, and/or employee of the "other Defendants."  The Defendant otherwise is without sufficient knowledge and/or information to form a belief as to the truth of the remaining allegations contained therein.

7.     As to paragraph no. 7, the Defendant denies that it was involved in a conspiracy and/or that it conspired with others; that it committed the wrongful acts described in Plaintiff's Complaint; that it aided and abetted others in any wrongful acts they may have committed; and any and all liability, wrongdoing, or fault whatsoever.  Otherwise, the Defendant is without sufficient knowledge and/or information to form a belief as to the truth of the remaining allegations contained therein.

8.     As to paragraph no. 11, the Defendant admits that it is a registered Hawaii corporation with its principal place of business and headquarters on Maui, Hawaii and that it has a connection to the State of Hawaii.  Defendant denies that its conduct harmed Plaintiff and any and all liability, wrongdoing, or fault whatsoever. The Defendant otherwise is without sufficient knowledge and/or information to form

a belief as to the truth of the remaining allegations contained therein.

9.      As to paragraph no. 19, the Defendant admits that a copy of a Certificate of Registration with the Copyright Office having a registration number of VA 1-838-628 and a certification date of 8/24/11, was attached as an exhibit to Plaintiff's Complaint, but is without sufficient knowledge and/or information to form a belief as to the truth of the remaining allegations contained therein.

10.     As to paragraph no. 22, the Defendant denies that it continues to publicly display and/or distribute "the Photograph" to a global audience on the World Wide Web, but is without sufficient knowledge and/or information to form a belief as to the truth of the remaining allegations contained therein.

11.     As to paragraph no. 25, the Defendant denies that it willfully violated Plaintiff's rights, and is without sufficient knowledge and/or information to form a belief as to the truth of the remaining allegations contained therein.

12.     As to paragraph no. 27, the Defendant denies that it uploaded material to the "Website" as part of its advertisement for itself, but is without sufficient knowledge and/or information to form a belief as to the truth of the remaining allegations contained therein.

SECOND DEFENSE AS TO FIRST CLAIM FOR RELIEF – DIRECT COPYRIGHT INFRINGEMENT PURSUANT TO 17 U.S.C. §106 AND 501 (AGAINST ALL DEFENDANTS):

13.     In reply to paragraph no. 34 of the First Claim for Relief, the

Defendant repeats and realleges its answers to the allegations contained in paragraphs

no. 1 through 33 of Plaintiff's Complaint as set forth herein.

14.     The Defendant denies the allegations contained in paragraphs no.

38, 40, 41, 42, 43, and 44.

15.     The Defendant is without sufficient knowledge and/or

information to form a belief as to the truth of the allegations contained in paragraphs

no. 35 and 39.

16.     As to paragraph no. 36, the Defendant asserts that the allegations

set forth a legal opinion and/or conclusion, and/or an expression of law, so that the

Defendant leaves Plaintiff to his proofs and otherwise is without sufficient

knowledge and/or information to form a belief as to the truth of the allegations

contained therein.

17.     As to paragraph no. 37, the Defendant denies making and/or

distributing unauthorized copies of "the Photograph," and is without sufficient

knowledge and/or information to form a belief as to the truth of the remaining

allegations contained therein.

SECOND DEFENSE AS TO SECOND CLAIM FOR RELIEF – SECONDARY

COPYRIGHT INFRINGEMENT (AGAINST TEMPTATION TOURS AND DOES

1-10):

18.     In reply to paragraph no. 45 of the Second Claim for Relief, the Defendant repeats and realleges its answers to the allegations contained in paragraphs no. 1 through 44 of Plaintiff's Complaint as set forth herein.

19.     The Defendant denies the allegations contained in paragraphs no. 46, 47, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, and 59.

20.     The Defendant is without sufficient knowledge and/or information to form a belief as to the truth of the allegations contained in paragraph no. 48.

THIRD DEFENSE:

21.     The Defendant asserts the failure to add or name an indispensable party or indispensable parties to this action.

FOURTH DEFENSE:

22.     The Defendant asserts assumption of the risk as an affirmative defense.

FIFTH DEFENSE:

23.     The Defendant asserts the failure to reasonably mitigate damages, if any, as an affirmative defense.

SIXTH DEFENSE:

24.     The Defendant asserts the doctrines of estoppel and/or waiver as affirmative defenses.

SEVENTH DEFENSE:

25.     The Defendant asserts comparative negligence as an affirmative defense.

EIGHTH DEFENSE:

26.     The Defendant asserts innocent intent as an affirmative defense.

NINTH DEFENSE:

27.     The Defendant asserts any and all affirmative defenses under and pursuant to Rule 8(c) of the Federal Rules of Civil Procedure.

WHEREFORE, the Defendant prays that the Complaint be dismissed against it and that it have its costs and such other and further relief as this Court deems just and proper.

DATED:  Honolulu, Hawaii, November 10, 2021.


 /s/ Jeffrey H. K. Sia
JEFFREY H. K. SIA
Attorney for Defendant
TEMPTATION TOURS, INC. d/b/a
TEMPTATION TOURS.COM